UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES DICKERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 2:15 CV 90 CDP |
| | ) | |
| RAVEN INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WINTERS INSTRUMENTS, INC., | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## MEMORANDUM AND ORDER

For good cause shown and without objection by third-party plaintiff,

**IT IS HEREBY ORDERED** that third-party defendant's motion to set aside default [28] is granted, and the Clerk's entry of default entered on July 25, 2016 [25] is set aside, and third-party defendant shall respond to the third-party complaint no later than **September 9, 2016**.

**IT IS FURTHER ORDERED** that any motion to modify the case management order must be filed no later than **September 16, 2016**. Any motion should be jointly filed and set out specific amended deadlines. If the parties disagree about modifying the case management order and/or the proposed amended deadlines, the motion shall set out all parties' positions and proposed deadlines, but any motion to modify, if not agreed upon, shall include a certification that the parties have first met and conferred in good faith in an attempt to reach agreement about proposed amended deadlines.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of August, 2016.